No. 73–62. WHEELER ET AL. v. BARRERA ET AL. C. A. 8th Cir. Certiorari granted.

No. 72–1660. BLACKLEDGE, WARDEN, ET AL. v. PERRY. C. A. 4th Cir. Motion to dispense with printing respondent's brief and certiorari granted.

No. 73–203. EISEN v. CARLISLE & JACQUELIN ET AL. C. A. 2d Cir. Certiorari granted. Parties requested to brief and argue, in addition to questions presented in petition, jurisdiction of the Court of Appeals.

No. 72–1602. SLAYTON, PENITENTIARY SUPERINTENDENT v. GARLAND. C. A. 4th Cir. Certiorari denied.

No. 72–1616. BOGUE ELECTRIC MANUFACTURING CORP. ET AL. v. ZELLER ET AL. C. A. 2d Cir. Certiorari denied.

No. 72–1728. WILLIAMS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 72–6859. GOODWIN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 72–6956. HURSE v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 72–6991. SOLOMON v. UNITED STATES. C. A. 3d Cir. Certiorari denied.